# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jesus Hernandez Napoles,

        Petitioner

v.

Pamela Bondi, et al.,

        Respondents[1]

Case No. 2:26-cv-00914-CDS-MDC

**Order Granting Petitioner's Unopposed Motion to Extend Time**

[ECF No. 8]

Petitioner Jesus Hernandez Napoles moves to extend time to file an amended petition for writ of habeas corpus. ECF No. 8. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. In addition, the petitioner's counsel represents that the respondents' counsel does not oppose the extension.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 8] is GRANTED**. The amended petition is due May 22, 2026.

The Clerk of Court is kindly instructed to substitute Markwayne Mullin for Kristi Noem and Todd Blanche for Pamela Bondi.

Dated: May 14, 2023

_____
Cristina D. Silva
United States District Judge

---

[1] Because Kristi Noem is no longer the Secretary of DHS, Markwayne Mullin is substituted in her place. Likewise, because Pamela Bondi is no longer serving as the Attorney General, Todd Blanche is substituted in her place.