UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Hernandez Napoles,<br><br>            Petitioner<br><br>v.<br><br>Michael Bernacke, et al.,<br><br>            Respondents | Case No. 2:26-cv-00914-CDS-MDC<br><br>**Order Granting Petitioner's Unopposed Motion to Extend Time to File an Amended Petition**<br><br>[ECF No. 11] |

Petitioner Jesus Hernandez Napoles seeks an additional thirty days to file an amended petition for writ of habeas corpus because his scheduled bond hearing before an immigration judge was continued from May 20, 2026, to June 10, 2026. Mot., ECF No. 11. The respondents do not oppose the requested extension of time. *Id.* at 2. I find that good cause exists to grant the extension of time.

It is hereby ordered that the petitioner's unopposed motion to extend time **[ECF No. 11] is GRANTED** nunc pro tunc. The petitioner must file either an amended petition or other appropriate pleading by June 19, 2026.

Dated: June 3, 2026

_____
Cristina D. Silva
United States District Judge